IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-60111

Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                        versus

WALTER BUTLER JOHNSON,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
For the Northern District of Mississippi
USDC No. 3:96-CR-74

_____

August 8, 1997

Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

        Walter Butler Johnson appeals his jury conviction for bank robbery, in violation of 18 U.S.C. § 2113.  Although Johnson couches his argument as a challenge to the sufficiency of the evidence, his argument amounts to no more than a challenge to the weight of the evidence and the credibility determinations of the trier of fact.  We are concerned only with the sufficiency of the evidence and recognize the weighing of the evidence as the

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

exclusive province of the jury. See United States v. Greenwood, 974 F.2d 1449, 1458 (5th Cir. 1992), cert. denied sub nom Crain v. United States, 508 U.S. 915 (1993). The judgment of the district court is AFFIRMED.